BILL PIPPIN v. STATE.

No. A-8238.   Nov. 14, 1931.
(4 Pac. [2d] 1076.)

Charles G. Ozmun, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Comanche county of pointing a pistol at another, and was sentenced to pay a fine of $50 and to serve 90 days in the county jail.

Judgment was entered on May 18, and the appeal was lodged in this court on August 20. Orders of extension to make and serve case-made were entered, but no order extending the time to file the appeal was made. An order extending the time to make and serve case-made does not automatically extend the time to file the appeal. Wilson v. State, 24 Okla. Cr. 268, 217 Pac. 1057.

The attempted appeal is dismissed.